ANDRÉ BIROTTE JR.
United States Attorney                                              JS-6
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JENNIFER M. RESNIK
Assistant United States Attorney
Asset Forfeiture Section
(Cal. State Bar # 233634)
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6595
    Facsimile: (213) 894-7177
    E-mail: jennifer.resnik@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV 09-09236-PA (FFMx) |
| | ) | |
|          Plaintiff, | ) | |
| | ) | |
|     v. | ) | **DEFAULT JUDGMENT OF FORFEITURE** |
| $22,833.00 IN U.S. CURRENCY, | ) | |
| | ) | |
|          Defendant. | ) | |
| _____ | ) | |
| ETINOSA OSAHON, | ) | |
|          Claimant. | ) | |
| _____ | ) | |

    On December 16, 2009, the government filed a Verified Complaint for Forfeiture ("Complaint") against the defendant $22,833.00 in U.S. Currency (the "defendant funds") pursuant to 18 U.S.C. § 981(a)(1)(C).

On February 11, 2010, Etinosa Osahon ("Osahon") filed a claim to the defendant funds.

On October 2, 2011, the government moved to strike Osahon's claim and enter default judgment in favor of the government due to Osahon's failure to participate in discovery.

On December 12, 2011, the Honorable Margaret M. Morrow issued an order denying the government's Motion to Strike Claim and Answer and Enter Default Judgment ("the Order"). The Order directed Osahon to: 1) file responses to the government's interrogatories with the Court within thirty (30) days of the date of the Order; and 2) serve a copy of those interrogatory responses on the government. The Order further warned Osahon that default would be entered forthwith if Osahon failed to file responses to the interrogatories.

On January 13, 2012, the government submitted the Declaration of Jennifer M. Resnik, lodged contemporaneously with this Default Judgment of Foreiture, indicating that the government had not received any responses from Etinosa Osahon to the Plaintiff's First Set of Interrogatories. No such responses have been filed with the Court.

The Court having been duly advised of and having considered the matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and over the parties.

2. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C).

3. Etinosa Osahon has failed to file responses to the

government's interrogatories per the Order.

4. Etinosa Osahon has failed to serve responses to the government's interrogatories on the government per the Order.

5. A default judgment shall be and hereby is entered against the interests of all potential claimants, including Etinosa Osahon in the defendant funds.

6. The defendant funds shall be and hereby are forfeited to the United States of America, which shall dispose of the defendant funds in the manner required by law.

7. The Court finds there was reasonable cause for the seizure of the defendant funds and this judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

Dated: February 8, 2012

_____
THE HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
JENNIFER M. RESNIK
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA